

# Fourth Court of Appeals
## San Antonio, Texas

March 20, 2020

No. 04-18-00515-CV

**SOUTHCROSS ENERGY PARTNERS GP, LLC.,**
Appellant

v.

Ivy **GONZALEZ** on Behalf of M.R. Gonzalez, M.N. Gonzalez, Minor Children, and the Estate
of Jesus Gonzalez, Jr.; Amy and Jesus Gonzalez, Sr.; and Rene Elizondo,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-16-139
Honorable Sandra L. Watts, Judge Presiding

# O R D E R

Sitting:      Luz Elena D. Chapa, Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

On December 23, 2019, this court notified the parties that this case was set for oral argument on May 14, 2020. Given recent emergency declarations by state and local officials, the oral argument setting requires delay and rescheduling.

We therefore invite the parties to advise the court, within 15 days of this order: (1) whether they still desire to have oral argument in this case; (2) whether they object to withdrawal of oral argument and thereafter, to on briefs submission; and (3) if they so object to on briefs submission, the parties are invited to provide alternate oral argument dates for July, August, and September.

It is so **ORDERED** on March 20, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz
Clerk of Court